IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GORDON-DARBY HOLDINGS, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>ROBERT L. QUINN, in his official capacity as Commissioner of the New Hampshire Department of Safety, et al.,<br><br>    *Defendants*. | Civil Action No. 25-cv-00508-AJ |

**PLAINTIFF'S EXPEDITED MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff Gordon-Darby Holdings, Inc. ("Gordon-Darby") hereby moves for issuance of a preliminary injunction in this case. Defendants, New Hampshire Department of Safety Commissioner Robert Quinn and New Hampshire Department of Environmental Services Commissioner Robert Scott, both in their official capacities, are currently taking steps to terminate New Hampshire's motor vehicle inspection and maintenance ("I/M") program, with plans underway to completely eliminate the program by January 31, 2026. New Hampshire's I/M program is required under the Clean Air Act ("CAA") and is federally enforceable by virtue of its incorporation into the state's federally approved state implementation plan under that statute. Gordon-Darby has brought this suit under 42 U.S.C. § 7604(a) to compel Defendants to comply with their obligations under the CAA.

A preliminary injunction is warranted here to preserve the *status quo ante* during litigation and to prevent significant harm to Gordon-Darby, the public, and the environment. Gordon-Darby is likely to succeed on the merits of its claim, and if Defendants are permitted to terminate the I/M program on January 31, 2026, as planned, Gordon-Darby is likely to suffer irreparable harm. The

1

balance of the equities and the public interest also support the requested relief, which asks that Defendants continue carrying out their current obligations under an I/M program that is required by federal law and that protects public health and safety and the environment.

This Motion is based on the Memorandum of Law in its support, the Declarations and Exhibits filed with it, as well as the Complaint. This Motion also includes a proposed order as required under Local Rule 65.1. Counsel for Gordon-Darby has conferred with counsel for Defendants, who represented that Defendants oppose this Motion.

Pursuant to Local Rule 7.1(f), Gordon-Darby requests expedited consideration of this Motion. Good cause exists for expedited consideration because absent a decision from this Court, Defendants will complete their termination of New Hampshire's I/M program effective January 31, 2026. As explained in the attached Memorandum Supporting Plaintiff's Motion for Preliminary Injunction, once Defendants terminate the I/M program it will become substantially more difficult and time-consuming to restore that program, and a preliminary injunction from this Court may not fully prevent the irreparable harm Gordon-Darby seeks to forestall in this Motion. Gordon-Darby has proceeded as expeditiously as practicable in this matter. Gordon-Darby commenced this action on December 8, 2025, which is the earliest possible day it could have done so after serving Defendants with the required notice under 42 U.S.C. § 7604(b), and Gordon-Darby is filing this Motion on the first day after the case was docketed. Thus, Gordon-Darby respectfully requests that the Court grant expedited consideration and resolve this Motion by no later than January 31, 2026. Counsel for Defendants represented that they do not object to that timing, deferring to the Court's schedule.

If the Court desires to hear oral argument on this Motion, Counsel for all parties are mutually available for a hearing on January 22, 2026.

Dated: December 9, 2025                              Respectfully submitted,

                                                     GORDON-DARBY HOLDINGS, INC.,

                                                     By and through its attorneys,

                                                     /s/ *Amy Manzelli*
                                                     Amy Manzelli (NH Bar No. 17128)
                                                     BCM Environmental & Land Law, PLLC
                                                     3 Maple Street
                                                     Concord, NH 03301
                                                     (603) 225-2585
                                                     manzelli@nhlandlaw.com

                                                     Allison D. Wood (DC Bar No. 466928)
                                                     Andrew D. Knudsen (DC Bar No. 1019697)
                                                     Makram B. Jaber (DC Bar No. 458718)
                                                     Kirsten M. Bahnson (DC Bar No. 90028947)
                                                     MCGUIREWOODS LLP
                                                     888 16th Street, N.W., Suite 500
                                                     Washington, D.C. 20006
                                                     (202) 857-1700
                                                     awood@mcguirewoods.com
                                                     aknudsen@mcguirewoods.com
                                                     mjaber@mcguirewoods.com
                                                     kbahnson@mcguirewoods.com

                                                     *Counsel for Plaintiff Gordon-Darby Holdings, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that a true an accurate copy of the foregoing has been forwarded via email to counsel for the Defendants, Joshua Harrison and Mark Lucas, pending their anticipated provision to the Court of Waivers of the Service of Summons and their Appearances on behalf of Defendants.

Dated: December 9, 2025                              /s/ *Amy Manzelli*
                                                     Amy Manzelli