IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GORDON-DARBY HOLDINGS, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>ROBERT L. QUINN, in his official capacity as Commissioner of the New Hampshire Department of Safety, et al.,<br><br>    *Defendants*. | Civil Action No. 25-cv-00508-AJ |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' December 9, 2025 Motion for Preliminary Injunction (ECF No. 10). Defendants, Commissioner Robert L. Quinn in his capacity as Commissioner of the New Hampshire Department of Safety and Commissioner Robert R. Scott in his capacity as Commissioner of the New Hampshire Department of Environmental Services, were notified and heard. I have found that Plaintiff Gordon-Darby Holdings, Inc. ("Gordon-Darby") is likely to succeed on the merits of its claim that Defendants are in violation of an "emission standard or limitation" under the Clean Air Act within the meaning of 42 U.S.C. § 7604(a)(1). Further, I have found that Gordon-Darby is likely to be irreparably harmed absent a preliminary injunction. I have also found that the balance of the equities and the public interest each favor a preliminary injunction.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff Gordon-Darby's Motion for Preliminary Injunction is GRANTED.

2. Defendants are ENJOINED from taking or directing any action to terminate, suspend, or otherwise cease implementation or enforcement of the State of New Hampshire's

vehicle inspection and maintenance program, as codified in New Hampshire's federally approved state implementation plan, unless and until the United States Environmental Protection Agency grants final approval of a revised state implementation plan removing or otherwise amending that vehicle inspection and maintenance program.

3. Defendants are ORDERED to take all steps necessary to resume and ensure the continued implementation and enforcement of the State of New Hampshire's vehicle inspection and maintenance program, as codified in New Hampshire's federally approved state implementation plan.

4. Absent modification by the Court, this Order shall remain in effect until a final judgment on the merits is entered in this matter.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 20_____.

						_____
						UNITED STATES DISTRICT JUDGE