UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Gordon Darby Holdings, Inc.</u>

      v.                              Civil No. 25-cv-508-LM-AJ

<u>NH Department of Safety, et al</u>

## **O R D E R**

On December 17, 2025, the court held a status conference via video in this case. Attorneys Andrew Knudsen, Allison Wood, Amy Manzelli, and Andrian Lee appeared for the plaintiff. Attorneys Mark Lucas and Joshua Harrison appeared for the defendants.

The parties and court agreed on the following briefing schedule:

- Defendants' objection to the motion for preliminary injunction is due **December 30, 2025**. Defendant is entitled to file an objection twenty-five (25) pages in length, though either party may file a motion to exceed any page limit set by local rule. LR 7.1(a)(3), (g).

- Plaintiff's reply to the objection is due **January 7, 2026**. Defendants' surreply, if any, is due **January 12, 2026**.

- The hearing on plaintiffs' motion for a preliminary injunction shall occur on **January 22, 2026 at 10:00 a.m.** The parties agree that this will not be an evidentiary hearing and that neither party will present live testimony.

On or before **5:00 p.m.** on **January 20, 2026**:

- Counsel shall separately file exhibit lists;

- Counsel shall separately file proposed findings of fact and rulings of law; and

- Counsel shall jointly file a timeline of material events in the case. Citations to <u>key</u> exhibits should be added in the appropriate spot on the timeline. Please use citations to the docket (e.g., "doc. no. 20-1," not "Pl. Ex. A to Mot. for Prelim. Inj.").

SO ORDERED.

_____
Landya McCafferty
United States District Judge

December 17, 2025

cc: Counsel of Record