IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
                                             )
GORDON-DARBY HOLDINGS, INC.    )
                                             )
   Plaintiff,                             )
                                             )
        v.                            )   Civil No. 1:25-CV-00508-LM-AJ
                                             )
ROBERT L. QUINN, COMMISSIONER   )
NEW HAMPSHIRE DEPARTMENT OF     )
SAFETY; AND                           )
ROBERT R. SCOTT, COMMISSIONER    )
NEW HAMPSHIRE DEPARTMENT OF     )
ENVIRONMENTAL SERVICES            )
                                           )
   Defendants.                         )
_____ )

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rules of Appellate Procedure 3(a)(1), notice is hereby given that Robert L. Quinn, Commissioner of the New Hampshire Department of Safety, in his official capacity, and Robert R. Scott, Commissioner of the New Hampshire Department of Environmental Services, in his official capacity, Defendants in the above-captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Order of the United States District Court for the District of New Hampshire entered in this action on January 27, 2026 (ECF-35 (McCafferty, J.)) granting a preliminary injunction.

                                                             Respectfully submitted,

                                                             ROBERT L. QUINN, COMMISSIONER
                                                            NEW HAMPSHIRE DEPARTMENT OF SAFETY
                                                             *in his official capacity,*
                                                             ROBERT R. SCOTT, COMMISSIONER
                                                             NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES
                                                             *in his official capacity*

1

|  |  |
|---|---|
|  | By and through their counsel |
|  | JOHN M. FORMELLA<br>ATTORNEY GENERAL |
| February 10, 2026 | /s/ Mark L. Lucas<br>Mark L. Lucas, Bar #274692<br>Joshua C. Harrison, Bar #269564<br>Assistant Attorneys General<br>Environmental Protection Bureau<br>Office of the Attorney General<br>New Hampshire Department of Justice<br>1 Granite Place South<br>Concord, New Hampshire 03301<br>(603) 271-3679<br>Mark.L.Lucas@doj.nh.gov<br>Joshua.C.Harrison@doj.nh.gov |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's ECF filing system on all counsel of record.

/s/ Joshua Harrison
Joshua Harrison, Bar #269564