**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| GORDON-DARBY HOLDINGS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NEW HAMPSHIRE DEPARTMENT OF SAFETY, COMMISSIONER, et al., <br><br> *Defendants*. | Civil Action No. 25-cv-00508-LM-AJ |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gordon-Darby Holdings, Inc. ("Gordon-Darby") hereby gives notice that this action is voluntarily dismissed. Under Rule 41(a)(1)(A)(i), this dismissal takes effect without a court order because Defendants, the Commissioners of the New Hampshire Department of Safety and the New Hampshire Department of Environmental Services, have not served an answer or motion for summary judgment in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Pursuant to Rule 41(a)(1)(B), this voluntary dismissal is without prejudice because Gordon-Darby has not previously dismissed any federal- or state-court action based on or including the same claim. *See* Fed. R. Civ. P. 41(a)(1)(B).

Gordon-Darby is issuing this Notice of Voluntary Dismissal in response to the April 30, 2026 order of the U.S. Court of Appeals for the First Circuit granting Defendant Commissioners' motion to stay pending interlocutory appeal the preliminary injunction issued by this Court on January 27, 2026. *See* ECF 56. In granting the stay, the First Circuit found that Defendants were likely to succeed in their appeal on procedural grounds, holding that the Clean Air Act does not authorize citizen suits "predicated on purely prospective violations" and that Gordon-Darby likely

had not shown that Defendants were "in violation" of an emission standard or limitation at the time the complaint was filed. *Id.* at 4-5; *see also generally id.* at 2-6 (examining CAA's citizen suit provision, 42 U.S.C. § 7604(a)(1)).

The First Circuit's procedural concerns can be easily remedied, however, because it is now undisputed that New Hampshire is currently in violation of an emission standard or limitation under the Clean Air Act due to its failure to implement and enforce its vehicle inspection and maintenance ("I/M") program as contained in its federally enforceable state implementation plan. *See* ECF 41-1 ¶ 32 (quoting statement by Attorney General Formella at Special Meeting of the Governor and Executive Council on February 4, 2026 (at 11:37-11:42 of the recording of that meeting) that "we will be out of compliance with the Clean Air Act the minute we don't have an operable [I/M] program"); ECF 36 at 23:10-24:18 (counsel for Defendant Commissioners at hearing on motion for preliminary injunction not denying in response to direct questions from the Court that the State would be in violation of the Clean Air Act once the repeal of the regulations for the I/M program went into effect).

Gordon-Darby intends to serve notice on the appropriate State officials of its intent to commence a new civil action under the Clean Air Act's citizen suit provision to require compliance with New Hampshire's federally enforceable I/M program requirements. In the event those State officials do not bring the State into compliance with its obligation under federal law to implement and enforce the I/M program, then Gordon-Darby will commence a civil action against those State officials in their official capacities seeking any and all forms of relief as the Court may find just and proper under the Clean Air Act to compel New Hampshire, through the responsible State officials, to comply with the requirements of its SIP.

Accordingly, Gordon-Darby is hereby voluntarily dismissing the present action.

Dated: May 7, 2026

Respectfully submitted,

GORDON-DARBY HOLDINGS, INC.,

By and through its attorneys,

 /s/ *Allison D. Wood*

Amy Manzelli (NH Bar No. 17128)
Andrian Lee (NH Bar No. 277993)
BCM Environmental & Land Law, PLLC
3 Maple Street
Concord, NH 03301
(603) 225-2585
manzelli@nhlandlaw.com
lee@nhlandlaw.com

Allison D. Wood (DC Bar No. 466928)
Andrew D. Knudsen (DC Bar No. 1019697)
Makram B. Jaber (DC Bar No. 458718)
Kirsten M. Bahnson (DC Bar No. 90028947)
MCGUIREWOODS LLP
888 16th Street, N.W., Suite 500
Washington, D.C. 20006
(202) 857-1700
awood@mcguirewoods.com
aknudsen@mcguirewoods.com
mjaber@mcguirewoods.com
kbahnson@mcguirewoods.com

*Counsel for Plaintiff Gordon-Darby
Holdings, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 7, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

 /s/ *Allison D. Wood*
ALLISON D. WOOD

3