UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Gordon-Darby Holdings, Inc.

v.                                             Case No. 25-cv-508-LM-AJ

NH Department of Safety,
Commissioner, et al


JUDGMENT


In accordance with the Stipulation of Dismissal dated May 7, 2026, and the Order by Judge Landya B. McCafferty dated June 1, 2026, judgment is hereby entered.


By the Court:

_____
Tracy A. Uhrin
Clerk of Court


Date: June 1, 2026


cc:  Counsel of Record