IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____

|  |  |
|---|---|
| GORDON-DARBY HOLDINGS, INC. | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil No. 1:25-CV-00508-LM-AJ |
|  | ) |
| ROBERT L. QUINN, COMMISSIONER | ) |
| NEW HAMPSHIRE DEPARTMENT OF | ) |
| SAFETY; AND | ) |
| ROBERT R. SCOTT, COMMISSIONER | ) |
| NEW HAMPSHIRE DEPARTMENT OF | ) |
| ENVIRONMENTAL SERVICES | ) |
|  | ) |
| Defendants. | ) |

_____ )

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. §1291 and Federal Rule of Appellate Procedure 3(a)(1), notice is

hereby given that Robert L. Quinn, Commissioner of the New Hampshire Department of Safety,

in his official capacity, and Robert R. Scott, Commissioner of the New Hampshire Department of

Environmental Services, in his official capacity, Defendants in the above-captioned matter, hereby

appeals to the United States Court of Appeals for the First Circuit from the Endorsed Order (ECF-

57) of the United States District Court for the District of New Hampshire entered in this action on

June 1, 2026 (McCafferty, J.), which stated: "ENDORSED ORDER re: [57] Notice of Voluntary

Dismissal. *Text of Order: Reviewed. The pending motion to dismiss (doc. no. 20) is denied as*

*moot. The clerk is directed to enter judgment and close the case.* So Ordered by Judge Landya B.

McCafferty. (vln)." The Defendants also hereby appeal the corresponding judgment by the United

States District Court for the District of New Hampshire entered in this action on June 1, 2026

(ECF-58) (McCafferty, J.)) entering a "Judgment" stating "In accordance with the Stipulation of

Dismissal dated May 7, 2026, and the Order by Judge Landya B. McCafferty dated June 1, 2026,

judgment is hereby entered."

<div style="margin-left: 50%">

Respectfully submitted,


ROBERT L. QUINN, COMMISSIONER
NEW HAMPSHIRE DEPARTMENT OF
SAFETY
*in his official capacity,*
ROBERT R. SCOTT,
COMMISSIONER
NEW HAMPSHIRE DEPARTMENT OF
ENVIRONMENTAL SERVICES
*in his official capacity*

By and through their counsel
JOHN M. FORMELLA
ATTORNEY GENERAL

</div>

June 16, 2026

<div style="margin-left: 50%">

/s/ Joshua Harrison
Mark L. Lucas, Bar #274692
Joshua C. Harrison, Bar #269564
Assistant Attorneys General
Environmental Protection Bureau
Office of the Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, New Hampshire 03301
(603) 271-3679
Mark.L.Lucas@doj.nh.gov
Joshua.C.Harrison@doj.nh.gov

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's ECF filing system on all counsel of record.

<div style="margin-left: 50%">

/s/ Joshua Harrison
Joshua Harrison, Bar #269564

</div>